# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Dollar Tree Stores, Inc.; DOES 1 to 50;

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Alexander Arellano, an Individual

ELECTRONICALLY FILED
12/30/2021 2:29 PM
Kern County Superior Court
By Vickie Fogerson, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Kern County, Superior Court of California
*(El nombre y dirección de la corte es):*

1415 Truxtun Avenue, Bakersfield, CA 93301

CASE NUMBER:
*(Número del Caso):* BCV-21-103015

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
K & L Associates, 433 N. Camden Drive, Ste 600, Beverly Hills, CA 90210, (424) 205-1860

DATE: 12/30/2021      TAMARAH HARBER-PICKENS      Clerk, by _Vicki M_, Deputy
*(Fecha)*                                          *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: Dollar Tree Stores, Inc.

    under: ☒ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | |
|---|---|
| Karin Mayelan, Esq. (SBN: 315390)<br>Liana Ter-oganesyan, Esq. (SBN: 290266)<br>K & L Associates, 433 N. Camden Dr., Suite 600, Beverly Hills, CA 90210<br>TELEPHONE NO: (424) 205-1860   FAX NO. (Optional): (424) 203-3311<br>E-MAIL ADDRESS (Optional): karin@kllegalgroup.com<br>ATTORNEY FOR (Name): Alexander Arellano | ELECTRONICALLY FILED<br>12/30/2021 2:29 PM<br>Kern County Superior Court<br>By Vickie Fogerson, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS: 1415 Truxtun Avenue
CITY AND ZIP CODE: Bakersfield, CA ~~90012~~ 93301
BRANCH NAME: Kern County, Superior Court of California

PLAINTIFF: Alexander Arellano, an Individual

DEFENDANT: Dollar Tree Stores, Inc.

[X] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED (Number):**
Type (check all that apply):
[ ] MOTOR VEHICLE   [X] OTHER (specify):
[ ] Property Damage   [ ] Wrongful Death
[X] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded  [ ] does not exceed $10,000
                 [ ] exceeds $10,000, but does not exceed $25,000
[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
BCV-21-103015

1. **Plaintiff** (name or names): Alexander Arellano, an Individual
   alleges causes of action against **defendant** (name or names):
   Dollar Tree Stores, Inc. and DOES 1-50
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Arellano v. Dollar Tree Stores, Inc., et al. | CASE NUMBER: BCV-21-103015 |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Dollar Tree Stores, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): DOES 1 through 25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): DOES 25 through 50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: Arellano v. Dollar Tree Stores, Inc., et al. | CASE NUMBER: BCV-21-103015 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify):*
       According to Proof

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    Plaintiff's Damages and Demand for Relief exceeds $25,000.00

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    5, 6, 8, L1-L5, GN-1

Date: 12/29/2021

Karin Mayelan, Esq.

(TYPE OR PRINT NAME)                                            (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]        **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**        Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Arellano v. Dollar Tree Stores, Inc., et al. | BCV-21-103015 |

__First__ **CAUSE OF ACTION—Premises Liability** Page __4 of 5__
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Alexander Arellano

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* or about 07/07/2019      plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

Plaintiff was lawfully on Defendants' premises, located at or about 7890 White Lane, Bakersfield, CA 93309, when suddenly and without notice, Plaintiff slipped and fell on a slippery substance left on the floor causing injuries and damages. Defendants breached their duty to Plaintiff by failing to address, alleviate, remove and/or remedy the dangerous condition on Defendants' premises, and by failing to warn their customers, including Plaintiff, of the presence of such a dangerous condition, despite having adequate time and notice to do so. This conduct by Defendants, and each of them, caused Plaintiff to suffer severe injuries for which she received reasonable and necessary medical care and treatment.

Prem.L-2.   [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

Dollar Tree Stores, Inc.

[X] Does __1__ to __50, inclusive__

Prem.L-3.   [X] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

Dollar Tree Stores, Inc.

[X] Does __1__ to __50, inclusive__

Plaintiff, a recreational user, was   [ ] an invited guest   [X] a paying guest.

Prem.L-4.   [X] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

Dollar Tree Stores, Inc.

[X] Does __1__ to __50, inclusive__

a. [X] The defendant public entity had [ ] actual [X] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[X] Does __1__ to __50__

b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [X] as follows *(names):*

Defendants have failed to adequately disclose information and thus the true names and identities of Does 1 through 50 are presently unknown to Plaintiff. Plaintiff is informed and believes and thereon alleges that each such Defendant is in some way responsible and liable for the events or happenings alleged in this Complaint.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Arellano v. Dollar Tree Stores, Inc., et al. | BCV-21-103015 |

__Second__ CAUSE OF ACTION—General Negligence   Page __5 of 5__
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Alexander Arellano, an Individual

alleges that defendant *(name):*  Dollar Tree Stores, Inc.

[X] Does  __1__  to  __50, inclusive__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about 07/09/20219
at *(place):* at or about 7890 White Lane, Bakersfield, CA 93309

*(description of reasons for liability):*

1) Defendants so negligently owned, operated, maintained, entrusted, and/or controlled the subject premises.

2) Defendants owed Plaintiff a legal duty or duties. Defendants breached their duty or duties to Plaintiff.

3) As a result, Defendants actually and proximately caused the Plaintiff personal injuries and damages in an amount according to proof at trial.

4) Plaintiff is further informed and believes and thereon alleges that Defendants were subject to and violated, ADA, California Health & Safety Codes, building codes, and/or ordinances and these violations actually and legally caused Plaintiff's damages, the occurrence resulting in the damages was of a nature that the regulation was designed to prevent and Plaintiff was among the class of persons for whose protection the regulation was adopted for.

5) By reason of the foregoing, Defendants, and each of them, are liable for, and Plaintiff is entitled to recover, Plaintiff's general, special, actual, and compensatory damages, including but not limited to, Plaintiff's necessary medical and related expenses, past, present and future lost earnings, loss of future earning capacity, as well as mental, emotional, and physical pain and suffering, in an amount according to proof at trial.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov