UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ARELLANO,<br><br>           Plaintiff,<br><br>      v.<br><br>DOLLAR TREE STORES, INC.,<br><br>           Defendant. | Case No. 1:22-cv-01147-AWI-CDB<br><br>**ORDER TO KARIN MAYELAN AND LIANA TER-OGANESYAN TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PRACTICE IN THIS COURT WITHOUT FIRST SEEKING ADMISSION**<br><br>SEVEN-DAY DEADLINE |

On August 22, 2022, the Clerk of Court directed Plaintiff's attorneys, Karin Mayelan and Liana Ter-oganesyan to register for admission to this Court. (ECF No. 6.)  To date, Attorneys Mayelan and Ter-oganesyan have failed to comply with this direction.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that **within seven (7) days** of entry of this order, Attorneys Mayelan and Ter-oganesyan shall show cause in writing why they should

1 not be sanctioned for failing to timely register for admissions to this Court.  They may comply

2 with this order by filing either (1) a status report outlining why they have failed to register for

3 admissions, or (2) appropriate papers to register for admissions.  Plaintiff's counsel are advised

4 that failure to respond to this Order to Show Cause may result in dismissal of this action.

5 IT IS SO ORDERED.

6   Dated:     **November 17, 2022**                         _____

7                                                                                    UNITED STATES MAGISTRATE JUDGE